# DISCIPLINARY CASES

**2007–0343.  Disciplinary Counsel v. Morgan.**
It is ordered by this court, sua sponte, that Ronald Clark Morgan, Attorney Registration No. 0032870, last known business address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of November 8, 2007, to wit: failure to file a complete affidavit of compliance on or before November 28, 2007.

**2007–1454.  Disciplinary Counsel v. Glover.**
This cause came on for further consideration upon the filing by respondent on November 13, 2007, of a motion for reconsideration. Upon consideration thereof,
    It is ordered by the court that the motion for reconsideration in this case is denied.

# MISCELLANEOUS DISMISSALS

**2007–1631.  Tuohy v. Taylor.**
Defiance App. No. 4–06–23, 2007-Ohio-3597. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–1881.  Tuohy v. Taylor.**
Defiance App. No. 4–06–23, 2007-Ohio-3597. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Defiance County. Upon consideration of appellants' application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS
*December 14, 2007*

[Cite as *12/14/2007 Case Announcements,* 2007-Ohio-6659.]

# MOTION AND PROCEDURAL RULINGS

**2007–0895.  In re L.A.B.**
Summit App. No. 23309, 2007-Ohio-1479. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in *In re C.S.,* 115 Ohio St.3d 267, 874 N.E.2d 1177, 2007-Ohio-4919, and briefing shall proceed.
    It is further ordered by the court that the briefing in this cause and 2007–0912, *In re L.A.B.,* Summit App. No. 23309, 2007-Ohio-1479, shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.
    It is further ordered that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Summit County.

**2007–0912.  In re L.A.B.**
Summit App. No. 23309, 2007-Ohio-1479. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in *In re C.S.,* 115 Ohio St.3d 267, 874 N.E.2d 1177, 2007-Ohio-4919. It is further ordered by the court that the parties are to brief the issue stated in the court of appeals' Journal Entry filed April 18, 2007, as follows: "Does Juvenile Rule 29 apply to probation revocation hearings in juvenile court?"
    It is ordered by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Summit County.
    It is further ordered by the court that the briefing in this cause and 2007–0895, *In re L.A.B.,*

Summit App. No. 23309, 2007-Ohio-1479, shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2007–1967.   Internatl. Bhd. of Electrical Workers, Local No. 8 v. Court of Common Pleas.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of the joint application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–2056.   State ex rel. Mun. Constr. Equipment Operators' Labor Council v. Cleveland.**
In Mandamus. Referred for resolution of the pending motion for attorney fees.

**2007–2275.   State ex rel. Metcalfe v. Indus. Comm.**
Franklin App. No. 06AP–830, 2007-Ohio-6180.

## CASE ANNOUNCEMENTS
### *December 17, 2004*

[Cite as *12/17/2007 Case Announcements,* 2007-Ohio-6674.]

## DISCIPLINARY CASES

**2007–1582.   Disciplinary Counsel v. Olivito.**
On August 21, 2007, relators, Disciplinary Counsel and Mahoning County Bar Association, filed a motion for an order to show cause why respondent, Richard A. Olivito, Attorney Registration No. 0041242, last known business address in Steubenville, Ohio, should not be held in contempt for failing to comply with the June 8, 2007 order of the hearing panel of the Board of Commissioners on Grievances and Discipline to submit to a psychiatric examination by Dr. Arthur Rosenbaum. On September 28, 2007, this court granted the motion to the extent that respondent was ordered to show cause by filing a written response. Respondent did not file a written response to the show cause order. On November 19, 2007, this court ordered respondent to appear before the court on December 11, 2007. Respondent appeared as ordered. Upon consideration thereof,
It is ordered by this court that respondent is held in contempt and suspended from the practice of law for failing to comply with the June 8, 2007 order of the hearing panel. It is further ordered that respondent shall not be permitted to apply for reinstatement to the practice of law in this matter until he files proof with this court that he has complied with the order by submitting to a psychiatric examination by Dr. Arthur Rosenbaum.
It is further ordered that the respondent immediately cease and desist from the practice of law in any form and is hereby forbidden to appear on behalf of another before any court, judge, commission, board, administrative agency, or other public authority.
It is further ordered that respondent is hereby forbidden to counsel or advise or prepare legal instruments for others or in any manner perform such services.
It is further ordered that respondent is hereby divested of each, any, and all of the rights, privileges, and prerogatives customarily accorded to a member in good standing of the legal profession of Ohio.
It is further ordered that pursuant to Gov.Bar R. X(3)(G), respondent shall complete one credit hour of continuing legal education for each month, or portion of a month, of the suspension. As part of